## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,            CASE # : 2:11-CV-12893-PJD-PJK
           Plaintiff,            HON : Patrick J Duggan
vs.
Lovell Moorer III,
           Defendant.
_____/

## ORDER FOR ALTERNATE SERVICE

The court finds that service of process upon the Defendant cannot reasonably be made as provided in FRCP (4), (5), MCR 2.105 and service of process may be made in a manner which is reasonably calculate to give the Defendant notice of the proceedings and an opportunity to be heard

IT IS HEREBY ORDERED:

Service regarding the above entitled matter and a copy of this Order shall be made by the following methods:

    A. (X)    First Class Mail to : 29095 Franklin Hills Dr Southfield MI 48034

    B. (X)    Tacking or Firmly Affixing to the door at the above address

    C. (X)    Other: Certified Mail to : 29095 Franklin Hills Dr Southfield MI 48034

For each method used, proof of service must be filed promptly with the court.

IT IS ORDERED.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 20, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager